

## Paul SIMON v. MUSKOGEE ELECTRIC TRACTION CO.

### No. 3498.

Circuit Court of Appeals, Tenth Circuit.
March 27, 1947.

L. W. Randolph, of Muskogee, for appellant.

Banker & Bonds and Stone & Moon, all of Muskogee, for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation.

## In re STANDARD OIL COMPANY OF INDIANA, a Corporation.

### No. 13505.

Circuit Court of Appeals, Eighth Circuit.
March 18, 1947.

Buell F. Jones and C. Henry Austin, both of Chicago, Ill., R. R. Brewster, Jr., of Kansas City, Mo., and Fred L. Williams, Robert A. Schlafly, and Roland F. O'Bryen, all of St. Louis, Mo., for petitioner Standard Oil Co. of Indiana.

PER CURIAM.

Motion of the Standard Oil Company of Indiana, a corporation, for leave to file petition for writ of mandamus and/or, in the alternative, writ of prohibition, etc., denied for want of jurisdiction to entertain the petition.

## WABASH RAILROAD COMPANY, a Corporation, Appellant, v. James P. FINNEGAN, Collector of Internal Revenue, First District of Missouri, and Railway Employes' Department of American Federation of Labor, System Federation No. 13 of Railway Employes' Department of the American Federation of Labor, Brotherhood of Maintenance of Way Employes, et al.

### No. 13487.

Circuit Court of Appeals, Eighth Circuit.
March 10, 1947.

J. A. McClain, Jr., R. B. Elster, and Forrest Boecker, all of St. Louis, Mo., for appellant.

Sewall Key, Acting Asst. Atty. Gen., Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Rosemary M. Ramsey, Asst. U. S. Atty., of St. Louis, Mo., for appellee James P. Finnegan, Collector of Internal Revenue.

Case, Voyles & Case, of St. Louis, Mo., for appellees Railway Employes' Department of American Federation of Labor, etc., et al.

PER CURIAM.

Appeal from District Court dismissed at appellant's costs, on motion of appellant.